JOSEPH A. WALKER, State Bar No. 47223
JASON MATTHEW LAMB, State Bar No. 222191
THE WALKER LAW FIRM,
A Professional Corporation
1301 Dove Street, Suite 720
Newport Beach, California 92660-2464
Telephone: 949.752.2522
Facsimile: 949.752.0439
E-Mail: jwalker@twlf.net & jlamb@twlf.net

Attorneys for Plaintiff,
INDIANA AVENUE PROPERTIES

HOWARD B. GOLDS, State Bar No. 112626
SCOTT W. DITFURTH, State Bar No. 238127
BEST BEST & KRIEGER LLP
3750 University Avenue, Suite 400
P.O. Box 1028
Riverside, CA 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083
e-mail: howard.golds@bbklaw.com &
scott.ditfurth@bbklaw.com

Attorneys for Defendant,
BRUCE URBAN

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| INDIANA AVENUE PROPERTIES, a General Partnership,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRUCE URBAN, an individual,<br><br>　　　　　Defendant. | Case No.: **CV10-07436 GW (OPx)**<br>Assigned to Honorable George H. Wu<br><br>Filed: October 5, 2010<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

/ / /

/ / /

/ / /

**ORDER GRANTING DISMISSAL - 1**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** a Stipulation of Dismissal Pursuant to Rule 41 of the Federal Rules of Civil Procedure was filed herein by Plaintiff, INDIANA AVENUE PROPERTIES, a General Partnership ("Plaintiff"), and Defendant, BRUCE URBAN, an individual ("Defendant").

**IT IS HEREBY ORDERED THAT:**

1. The Complaint filed herein by Plaintiff against Defendant is herby ***DISMISSED***; and

2. The dismissal is herby entered ***WITH PREJUDICE***.

DATED: March 21, 2011          By: _____
                                    Honorable George H. Wu
                                    Judge of the United States District Court

**ORDER GRANTING DISMISSAL - 2**